IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**DIERDRA L. W.,**

    **Plaintiff,**

    vs.                                                                                                           CIV NO. 2:25-cv-00876-KRS

**FRANK BISIGNANO,**
**Acting Commissioner of Social Security,**

    **Defendant.**

## ORDER FOR EXTENSION

THIS MATTER coming before the Court upon Plaintiff's Motion for Extension of Time to File Plaintiff's Brief (the "Motion"), (Doc. 11), it being stated that Defendant concurs in the granting of the Motion, and the Court having read the Motion and being fully advised hereby **GRANTS** the Motion.

**IT IS THEREFORE ORDERED** that Plaintiff file her Motion to Reverse or Remand to the Agency no later than **February 10, 2026**.

**IT IS FURTHER ORDERED** that Defendant may file a response, if any, by **March 12, 2026**. Plaintiff may file a reply, if any, fourteen (14) days, after Defendant files his response.

                                                              KEVIN R. SWEAZEA
                                                               UNITED STATES MAGISTRATE JUDGE